
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Keisha J Percell:

 Plaintiff,  : Civil Action No.

Vs.  : CV-14-HA-1913-HE

HUNTSVILLE POLICE DEPARTMENT, :
STATE OF ALABAMA :
CITY OF HUNTSVILLE, :
POLICE CHIEF LEWIS MORRIS, :
P.O. DAVID BATEY, :
P.O. RICHARD FLANNERY, :
 Defendants.
         :

MALICIOUS PROSECUTION COMPLAINT
UNDER TITLE 42 U.S.C § 1983

Keisha J Percell
P.O. Box 12884
Huntsville Alabama 35815

## PARTIES

1. Keisha J Percell a Private Citizen born in Pennsylvania in the City of Philadelphia. Now residing in the State of Alabama in the City of Huntsville, is the **Plaintiff.**

2. The First **Defendant** in this matter is the Huntsville Police Department which the Chief of Police, Lewis Morris is responsible for the actions of his officers.

3. The Second **Defendant** in this matter is the State of Alabama, which Governor Robert J Bentley is responsible for the actions of the Government Agencies actions.

4. The Third **Defendant** in this matter is the City of Huntsville which Mayor Tommy Battle is responsible for the actions of City Officials while preforming their duties and instructing the head officials of various departments.

5. The Fourth **Defendant** in this matter is Police Officer David Batey who's actions caused the Plaintiff's Court proceedings which she was found Guilty, Appealed and was found Not Guilty of upon Appeal.

6. The Fifth **Defendant** in this matter is Police Officer Richard Flannery who's actions caused the Plaintiff's Court proceedings which she was found Guilty, Appealed and was found Not Guilty of upon Appeal

## JURSISDICTION AND VENUE

7. In accordance to Title 42 U.S.C. §1983, this Court has Statutory Jurisdiction to hear this case against the State Officials who, while acting under the color of law violated Plaintiff's rights.

8. Venue is proper in the U.S. District Court for the Northern District of Alabama under Title 28 U.S.C. § 1391(b) (2). This Court also has Constitutional Jurisdiction found under Article III, Section 2.

## COMPLAINT

### Malicious Prosecution, Excessive force, Abuse of Process

On December 10, 2013 Defendants David Batey and Richard Flannery caused Plaintiff to be aggressively and forcefully snatched out of her vehicle and cause the loss of an unborn child. And be charged with Obstruction of Governmental Operations and Resisting Arrest. On April 8, 2014 in the Municipal Court of Huntsville 815 Wheeler Ave Nw Huntsville Al. I was found Guilty of Obstruction of Governmental Operations and Resisting Arrest at Trial by Judge Sybil Cleveland. I filled my Appeal on April 9, 2014. Then on September 5, 2014 in the District Court for Madison County 100 Northside Square Huntsville Al I was found Not Guilty City Prosecutor Polly Blalock filed **Nolle Prosequi** Granted by Judge Dennis Odell.

## DEFENDANT'S INVOLVEMENT

Defendant David Batey was pulling in the far back of the Shell Gas Station at the intersection of University and Jordan lane. As the Officers dash cam video will show David Batey was facing numerous vehicles that were waiting at the light on University drive. I was among those vehicles waiting for the light to turn so I could continue down University towards the Parkway. You can hear him say to himself turn your lights on. And the video shows what appears to be his headlights flash towards the stopped traffic. The video further shows David Batey dangerously pull out into oncoming traffic cutting off turning cars to get onto University drive. Batey then turns on his lights and siren as if he were heading to a call. When I first saw the lights behind me I moved outta his way not knowing he was following me. When I realized he was trying to get me to stop I pulled over to my right lane and stopped. Inside my truck I could only hear my one year old son crying in the back seat. So when Batey banged on my driver side window it scared me. In the video you can hear Batey aggressively yelling at me until I rolled down my window. When I rolled down my window I asked him what was his problem banging on my window. He replied "yes I have a problem you act like you can't hear and you stopped in the middle of the road". At this point my son in the back seat is crying even louder as you can hear in the video. I explained to Batey that I didn't hear him and that I didn't even know he was following me to start with. He then starts yelling for me to pull over. I said I am pulled over. He say's "pull over" my son is still screaming and yelling in the back seat so I'm not really focused on what Batey is saying. And I can't understand what else he wants me to do. I finally hear him say "where is your license" I said right hear but can you call for a supervisor. I turned to look for my insurance papers and registration papers when I realized he had opened my vehicle door and was leaning in on me saying "get out the car your under arrest". I said "don't put your hands on me get a supervisor!" Batey then said "you understand if you don't get outta the car I will snatch you out!" This can be heard in the video as well at 4 minuet's and 4 seconds. Batey then said stop resisting as he began to aggressively grab at me trying to pull me out of my vehicle. My 21 year old son was seating in the driver's side scared and in shock at the attack on me. Batey continued to snatch and grab at me saying" stop resisting stop resisting!" I was in fear for my safety the safety of my one year old son who was crying in the back and for my unborn child. So I continued to plead for Batey to call a supervisor. When Richard Flannery arrived I asked him if he was a supervisor. Richard Flannery helped Batey aggressively snatch me out of my vehicle. As the video will show I had all my documents in my hand when they flung me onto the hood of the patrol car. I was still asking for a supervisor. I was handcuffed they snatched my paperwork outta my hands and took me to the back of Batey's patrol car. Several unknown officer arrived at the traffic stop to aide Batey and Flannery one was a female officer. She was very rude and verbally aggressive and threating to me as the video will show. No supervisor ever showed up to the traffic stop. At 7mins and apx 46 sec into the video you can hear Batey say the real reason that he arrested me. "I stopped her because her lights weren't on and when I banged on her window she ignored me and turned her head like I wasn't there so I told her if she didn't move I was going to arrest her". Later in the video at 8 mins and apx 9second. You hear a verbal discussion between me and Flannery and Flannery says "yes he does have the right to snatch you outta your vehicle". The female officer then began to badger me about my oldest sons name and age I was unresponsive because I was stressed out worried about my one year old, I'm handcuffed in the patrol car I can still hear my baby crying and can't do anything about it. She then says "see you're not doing what we say you're hindering our investigation". She added more stress to the situation with her aggressive questions. I was then taken to the county jail 815 wheeler. While riding to the station Batey continued to make smart comments asking if I had a hearing problem and comparing me to elderly people he has stopped. Once inside the jail I was processed and made to take various tests one was a pregnancy test. The results came back that I was pregnant. I was bailed out on a cash bond of $1035.00 on December 11, 2013. On December 13, 2013 I filed a criminal complaint with the Huntsville Police Departments Internal Affairs. Sergeant Burnie Stedham signed off on the report taken by Investigator T. Royster. The incident number is **IA-CC2013-168**. I filled a Motion to Dismiss and sent it to the Huntsville Municipal Court 815 Wheeler Ave Huntsville Al. Certified mail tracking number **7012-3460-0001-8877-0170.** And I also requested Discovery to include the police dash cam video. Certified tracking number **7012-1640-0000-9564-3673.** I also wrote to Governor Robert J Bentley to inform him of the misconduct of the Huntsville Police Department. I received a letter from his office responding back referring me to the Attorney General for the State Luther Strange. Saying that they forward my complaint to his office.

   On January 13, 2013 I went to see Dr. Gilliam at Tennessee Valley Ob/Gyn. Because my stomach had been bothering me and something just didn't feel right inside my body. The doctor ran some test and informed me that I

was pregnant with twins but one of the babies had passed away several weeks ago. And she wasn't sure if the server stress from the arrest caused the miscarriage or the jerking and snatching me out of the vehicle. She also was not sure if the surviving baby had suffered any harm. During this process I was constantly calling IAD to find out the results of my complaint. I finally was told to come to the office to speak with the investigators in either end of February or early March of 2014. They informed me that they had viewed the video and that Batey was in violation of policy and procedures and I should receive a full report in a few weeks. On March 7, 2014 I personally went to IAD 815 Wheeler Ave Nw Huntsville Al to pick up a copy of what was supposed have been mailed out to me back in February of 2014. I later received through the mail the original copy dated February 27, 2013. The IAD letter stated "Please rest assured that every precaution is being taken to make sure this type of incident does not happen in the future". I was confused about what the letter was saying so I wrote to the police Chief Morris. I sent him a letter Dated March 18, 2014. He never responded back. I was Granted Discovery and picked up the police das cam video on March 13, 2013 case number **10742609,10 receipt number 488598.** (On February 11, 2014 the case was rescheduled due to inclement weather and reset for April 8, 2014). On April 8, 2014 before Judge Sybil Cleveland at 815 Wheeler Ave Huntsville AL. My trial was held but, Judge Cleveland refused to read or honor my motion to dismiss and handed me back the motion to include the certified envelope it was sent in. She also refused to allow me to enter any of the evidence that I had obtained through my discovery request. The trial was held she said "because you're acting as your own lawyer and you have no respect of the law I'm going to hold you to the standard of a real lawyer". She found me Guilty of Obstruction of Governmental Operations and Resisting Arrest without ever viewing any of my defensive evidence. I filed for an appeal on April, 19, 2014, then on September 5, 2014 in the District Court for Madison County 100 Northside Square Huntsville Al. At my arraignment City Prosecutor Polly Blalock filed **Nolle Prosequi** which was granted by Judge Dennis Odell. I suffered physical abuse when I was aggressively snatched and jerked around by David Batey and Richard Flannery. I suffered mental abuse, stress and emotional abuse when they took me away from my crying and nursing one year old son who was sitting in the back seat of my vehicle. I suffered and still suffer the emotional stress from losing my unborn son or daughter. And carrying the burden of having to someday tell the surviving child they had a twin sibling that died due to police misconduct. I suffer from anxiety, nervousness, stress, fear and being extremely cautious of the Huntsville Police Department.

Lewis Morris is also a Defendant due to him being the Chief of the Huntsville Police Department. He is responsible for the training of the officers and assuring discipline is established when they are in violation of policy and procedure. Lewis Morris and the Huntsville Police Department are being sued in their **Official Capacities.**

Robert J Bentley, is the Governor of the State of Alabama and he is responsible for the actions of his agents within the Executive Branch of Government. He has the responsibility of making sure the Chief of Police and the Mayors of various Cities conduct themselves properly. He is being sued in his **Official Capacities.**

Tommy Battle, is the Mayor of the City of Huntsville and he is responsible for the actions of the Police Department and its officers. He is being sued in his **Official Capacities.**

Defendant P.O. David Batey is being sued in his **Official Capacity** for his actions causing the Malicious Prosecution.

Defendant P.O. Richard Flannery is being sued in his **Official Capacity** for his actions causing the Malicious Prosecution.

### RELIEF

Plaintiff seeks the following:

1. Jury trial
2. Punitive/Exemplary Damages
3. Compensatory Damages
4. Irreparable Damages
5. Monetary Award of $5,5000,000 Five Million Five Hundred Thousand Dollars

I **KEISHA J. PERCELL** declare that the foregoing is true and correct and declare under penalty of perjury that the therein complaint is true to the events which occurred.

_____
Plaintiff

This Day of **October 8,** , 2014